# Exhibit C

## Salhab Declaration

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA HICKS, individually and on behalf )
of all others similarly situated, )
)
)
Plaintiff, )
)
-v- )   Case No.: 8:19-cv-261-JSM-TGW
)
LOCKHEED MARTIN CORPORATION )
)
Defendant. )
_____/

**DECLARATION OF AMERICAN LEGAL CLAIM SERVICES, LLC
DUE DILIGENCE IN SETTLEMENT ADMINISTRATION**

I, Keith Salhab, declare as follows:

1. I am a competent adult, over the age of eighteen, and this declaration is based on my personal knowledge.

2. I am an employee of American Legal Claim Services, LLC ("ALCS"). ALCS was appointed by the Court to serve as the Settlement Administrator to administer the terms of the Settlement Agreement. I was principally responsible for overseeing the dissemination of notice to the Class; processing requests for objection; and distributing the Settlement Funds.

**Noticing**

3. Counsel for the Defendant provided ALCS with a spreadsheet containing a list of 58,639 Class Members along with their respective mailing addresses. From this list, ALCS prepared the final mailing list of 54,529 Class Members. The preparation for mailing by ALCS included running the list against commercially reasonable means available to assist in locating current addresses, standardizing addresses, etc.

4. The Class List was specifically processed using the United States Postal Service ("USPS") National Change of Address database.

5. Pursuant to the Order Granting Preliminary Approval for Class Settlement, on October 4, 2019, ALCS mailed the Class Notices, substantially in the form attached to the Motion for Preliminary Approval as Exhibit C, via USPS First Class mail, to all 54,529 Class Members

6. ALCS processed all mail returned by the USPS. Any Class Notice returned to the Administrator as non-delivered was re-mailed to the forwarding address affixed thereto. If no forwarding information was provided by the USPS, ALCS utilized commercially reasonable means to obtain a current address and promptly re-mailed Class Notices where updated current addresses were found. If an updated address was not found or if the re-mailed package was returned by the USPS a second time it was not re-mailed a third time and was deemed undeliverable.

1

7. Of the Notices mailed, 3,205 were returned by the USPS and processed by ALCS, as of date of this declaration. Of those, 2,366 had forwarding information attached or an updated address was found using commercially reasonable means. ALCS re-mailed the Notice Packages to the updated address. 839 Class Notices were deemed undeliverable.

8. The following is a summary of the noticing associated with the Settlement Classes, as of date of this declaration:

   - Number initially mailed: 54,529
   - Number of notices returned: 3,205
   - Number of notices re-mailed: 2,366
   - Total number of Class Notices deemed undeliverable (including re-mailed Class Notices): 839[1]
   - Percentage of Class Notices deemed delivered: 98.46%[1]

### Request to Object

9. Per ¶ 14 of the Order Granting Preliminary Approval of the Class Action Settlement, the Class Notice informed Class Members that if they wish to object to the Agreement they must provide a written statement to the Court and serve it upon Counsel for the Parties postmarked by December 4, 2019. As of the date of this declaration, ALCS has not received any objections relating to the settlement and is not aware of any objection filed with Counsel or by the Court.

### Website & Electronic Assistance Program

10. ALCS established a case specific email account to provide Class Members a means to submit inquiries regarding the settlement along with a website (www.hickscobrasettlement.com) dedicated to mirror the Class Notice. Class Members were provided the method of accessing the website on the Class Notice.

11. ALCS also established a dedicated toll-free phone number to provide answers to Class Member questions. The toll-free number provided a voice response unit listing of questions and answers to frequently asked questions during the hours of 9:00 AM to 5:00 PM EST.

---

[1] ALCS continues to receive and process mail, for which no forwarding address is available. The number of pieces of this type of mail will likely increase and the presumed delivery rate will be reduced as processing continues.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge. Executed on November 25, 2019 at Jacksonville, Florida.

_____
Keith Salhab