UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA HICKS, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                 Case No.: 8:19-cv-00261-JSM-TGW

LOCKHEED MARTIN CORPORATION,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE AWARD AND ATTORNEYS' FEES AND COSTS

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's counsel's written submission, it is **ORDERED AND ADJUDGED** that the Plaintiff's Unopposed Motion for a Class Representative Service Award and Attorneys' Fees and Costs, is **GRANTED**. Plaintiff's counsel is awarded a fee consisting of one-third of the total common fund ($416,662.25). The Named Plaintiff, Angela Hicks, is awarded a Service Award of $6,000.

DONE and ORDERED this 11th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE
The Honorable James S. Moody, Jr.

Copies to:
Counsel of Record